UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
|  | : | |
| v. | : | CR NO. 18-319 (RMC) |
|  | : | |
| RITESH KAPOOR, | : | |
|  | : | |
| Defendant. | : | |
| _____ | : | |

## DEFENDANT'S MOTION TO EXTEND TIME TO SELF-SURRENDER

The defendant, Ritesh Kapoor, respectfully requests that the Court extend the time for him to self-surrender by five months, to June 23, 2020.  Mr. Kapoor is currently scheduled to report to McDowell FCI on January 21, 2020.  Assistant United States Attorney Kondi Kleinman has informed undersigned counsel that the government takes no position on this motion.

On October 18, 2019, the Court sentenced Mr. Kapoor to a year-and-a-day in custody, to be followed by three years of supervised release.  In addition, the Court ordered him to pay $54,975 in restitution.  The Court allowed Mr. Kapoor to remain on release and to self-surrender no earlier than January 21, 2020.  He has since received a letter directing him to report to McDowell FCI in West Virginia on January 21, 2020.

Mr. Kapoor is requesting the extension for two primary reasons.  His brother is getting married on June 20, 2020, and the extension would allow him to attend the wedding with his entire family.  In addition, the extension would allow him to begin service of his sentence after his children have completed the current school year.

Respectfully submitted,

_____"/s/"_____
A.J. KRAMER
FEDERAL PUBLIC DEFENDER
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.   20004
(202) 208-7500
a._j._kramer@fd.org